UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMIEN ASH,<br>Plaintiff,<br>-against-<br>MAVIS TIRE SUPPLY, LLC,<br>Defendant. | 26-CV-9765 (JGLC) |
| JAMES HAMMER,<br>Plaintiff,<br>-against-<br>MAVIS TIRE SUPPLY, LLC,<br>Defendant. | 26-CV-9823 (JGLC) |

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On November 6, 2026, Plaintiff Damien Ash filed a Complaint in 26-CV-9765 against Defendant Mavis Tire Supply, LLC. *See* 26-CV-9765, ECF No. 1. On November 9, 2026, Plaintiffs filed a similar Complaint in 26-CV-9823 against Defendant Mavis Tire Supply, LLC. *See* 26-CV-9823, ECF No. 1. As of the date of this Order, no motion for consolidation has been filed, but the cases appear to involve common questions of law and fact. *See* 26-CV-9823, ECF No. 3.

The Court is inclined to consolidate the cases at this time, pursuant to Rule 42 of the Federal Rules of Civil Procedure, for general pretrial and discovery purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages,

by **December 1, 2026**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

Dated: November 18, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge